UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COURTNEY WAYNE DAWSON,<br><br>               Petitioner,<br>    v.<br><br>JAMES R KEY,<br><br>               Respondent. | Case No. 2:21-cv-1695-DGE-TLF<br><br>REPORT AND RECOMMENDATION<br><br>Noted for January 28, 2022 |

This case has been referred to Magistrate Judge Theresa L. Fricke pursuant to 28 U.S.C. § 636(b)(1) and Local Rule MJR 3 and 4. This matter comes before the Court on petitioner's filing of an application to proceed *in forma pauperis*. Dkt. 1, 4. Because petitioner's application indicates petitioner has sufficient income with which to pay the $5.00 filing fee, the undersigned recommends the Court deny the application.

## DISCUSSION

The district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. 28 U.S.C. § 1915(a). Yet IFP status is a privilege and not a right, and the district court has discretion to deny such status. *O'Laughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990); *Franklin v. Murphy*, 745 F.2d 1221, 1231 (9th Cir. 1984). The privilege of proceeding with a cause of action IFP should be permitted "only in exceptional circumstances." *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986). The Court has broad discretion in denying an

REPORT AND RECOMMENDATION - 1

application to proceed *in forma pauperis*. *Weller v. Dickson*, 314 F.2d 598, 604 (9th Cir. 1963).

By requesting the court to proceed *in forma pauperis,* petitioner is asking the government to incur the filing fee because petitioner allegedly is unable to afford the costs necessary to proceed with the cause of action. Petitioner's IFP application indicates that petitioner has an average spendable balance of $349.89 and an average monthly receipt of $231.20. Dkt. 3, Prison Trust Account Statement. Given that the filing fee for a habeas corpus petition is $5.00, petitioner has sufficient funds in their prison trust account to pay that fee.

## CONCLUSION

Because it is reasonable for petitioner to incur the costs to proceed with this cause of action, the undersigned recommends that the court deny petitioner's application to proceed *in forma pauperis*. Accordingly, the undersigned recommends that the Court order petitioner to pay the required filing fee **within thirty (30) days** of the Court's order.

REPORT AND RECOMMENDATION - 2

Petitioner has **fourteen (14) days** from service of this Report and Recommendation to file written objections thereto. 28 U.S.C. § 636(b)(1); Federal Rule of Civil Procedure (FRCP) 72(b); *see also* FRC P 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed set this matter for consideration on **January 28, 2022**, as noted in the caption.

Dated this 13th day of January, 2022.

Theresa L. Fricke
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3