UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| COURTNEY WAYNE DAWSON,<br><br>      Petitioner,<br><br> v.<br><br>JAMES R KEY,<br><br>      Respondent. | Case No. 2:21-cv-1695-DGE-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, hereby finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation (Dkt. No. 5).

(2) Petitioner's application to proceed *in forma pauperis* (Dkt. Nos. 1, 4) is DENIED.

(3) Petitioner is directed to pay the required filing fee no later than March 4, 2022.

(4) Failure to pay the filing fee by March 4, 2022 will result in the dismissal of this action without prejudice.

(5) The Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

Dated this 3rd day of February.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2